FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 01 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00151 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JONAS JAMAR BREWSTER | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about June 18, 2020, the defendant,

**JONAS JAMAR BREWSTER,**

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Terroristic Threatening 1st Degree, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-16-1235;

2. Terroristic Threatening 1st Degree, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-17-1266; and

3. Aggravated Assault, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-17-1634.

B. On or about June 18, 2020, in the Eastern District of Arkansas, the defendant,

**JONAS JAMAR BREWSTER,**

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. A Lorcin, model L25, .25 caliber pistol, bearing serial number 079033; and

2. An Arms Co, .22 caliber revolver, bearing serial number 003960.



All in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, JONAS JAMAR BREWSTER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense; including but not limited to, the following specific property: a Lorcin, model L25, .25 caliber pistol, bearing serial number 079033; an Arms Co, .22 caliber revolver, bearing serial number 003960, and all ammunition.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]