## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **Case No. 4:21-cr-00151-1-KGB**

**JONAS JAMAR BREWSTER**

## ORDER OF DETENTION
## AND
## ORDER TO LODGE DETAINER

Defendant appeared with counsel on this date for plea and arraignment. The Court notified Defendant of the right to a hearing to consider the issue of pretrial release or detention. Defendant waived the right to an immediate detention hearing but reserved the right to a hearing should Defendant's circumstances change. It shall be Defendant's counsel's burden to notify the Court when the matter is ready for a hearing.

When released from other custody, Defendant will be remanded to the custody of the United States Marshal Service. While in custody, Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1] Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

Additionally, federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the Defendant for bond/detention following posting bond or otherwise arranging terms of release from the custody of the state, county, or local custodial authority (the "custodial authority").

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.

IT IS THEREFORE ORDERED that the United States Marshal file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his release from other custody, the United States Marshal shall assume custody of and transport the above-named Defendant to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 23rd day of August 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE