IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                         Case No. 4:21-cr-00151-1-KGB

JONAS JAMAR BREWSTER

### ORDER OF DETENTION

Defendant appeared with counsel on this date for a bond hearing. I find by clear and convincing evidence that Defendant is a danger to the community and no condition or combination of conditions will assure its safety. In coming to this conclusion, I have considered, *inter alia*, Defendant's extensive criminal history, his repeated involvement with firearms, and his pattern of failing to abide by conditions of supervision – including a term of state probation, during which Defendant accumulated four new felony charges and two convictions. For these reasons, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1] Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 7th day of October 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.