IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | Case No. 4:21-cr-00151 KGB | |
| JONAS JAMAR BREWSTER | | DEFENDANT |

ORDER

On August 23, 2021, United States Magistrate Judge Joe J. Volpe appointed CJA Panel attorney Omar Greene to represent defendant Jonas Jamar Brewster in this matter (Dkt. No. 7). Attorney William "Bill" James filed a notice of appearance as counsel for Mr. Brewster and a motion for substitution of counsel on December 8, 2021 (Dkt. Nos. 22, 23).

For good cause shown the motion for substitution of counsel is granted (Dkt. No. 23). Mr. James is hereby substituted as counsel of record for Mr. Brewster, and Mr. Greene is relieved from any further representation of Mr. Brewster in this matter.

It is so ordered this 9th day of December, 2021.

Kristine G. Baker
United States District Judge