IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| *Plaintiff(s)* | ) ) | Case: | 4:21-CR-151 |
| v. | ) ) | | |
| Jonas Brewster | ) ) | Judge: | Kristine G. Baker |
| _____ | ) ) | | |
| *Defendant(s)* | ) | | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

COMES NOW, Jonas Brewster, by and through their attorney, Christopher Baker of the James Law Firm, for their Motion to Continue Sentencing states as follows:

1. This case is currently scheduled for sentencing on July 3, 2024, at 10:00.

2. Defense Counsel has verified with the Government that this motion is unopposed.

3. To properly deconflict future scheduling, Defense Counsel would request an extension of approximately 30 days to deconflict with trials, hearings, and appearances already scheduled.

4. Defense Counsel is also aware of the importance of this Court's time and calendaring and is making his best effort to not "not obstruct orderly judicial procedure or deprive courts of their inherent power to control the administration of justice." *United States v. Vallery*, 108 F.3d 155, 157 (8th Cir. 1997).

5. This is a single defendant case and there are likely no other witnesses to be called or scheduled.  The Defense would request additional time to assist in preparation as communication with outside parties during the holiday period has been proven difficult.  Because of this difficulty, additional materials that may be beneficial for use at sentencing have not been secured and

additional time is requested. Mr. Brewster remains in custody at this time and there is no advantage to be gained or negative impact to the public's interest.

6. Moreover, the request for continuance in this matter is not due to the fault of the Defendant. Here, the Defendant has not made attempts to purposeful induce delay by changing counsel or otherwise attempting to manipulate this Court's calendar. *c.f. United States v. Leavitt*, 608 F.2d. 1290, 1979 (9th Cir. 1979).

7. Finally, the asserted need for the continuance is to allow for effective representation of Defense Counsel's client. Defense Counsel has brought this motion in good faith and with utmost respect to the Court's docket and continues to firmly believe that the ends of justice are most honorably respected and served if a continuance is issued in this case.

WHEREFORE, Defendant prays that the sentencing in this matter be continued and for all other proper relief.

Dated: December 28, 2023                    Respectfully submitted,

/s/ Christopher Baker

Christopher Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for Jonas Brewster*
cbaker@jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
Telephone: 501-375-0900
Fax: 501-375-1356